IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ROGER L. HAYNES III., <br><br> Plaintiff, <br><br> vs. <br><br> MARK STEWART, JOHN GUILIAN, C. MARSHALL FRIEDMAN, ONEIL DAVIS, MIKE STEWART, U.P. RAILROAD, and T.C.U. GRAND LODGE, All Members Lodge 6054; <br><br> Defendants. | 8:19CV15 <br><br> **MEMORANDUM AND ORDER** |

On January 15, 2019, the court ordered Plaintiff to pay the $400.00 filing and administrative fees or file a request for leave to proceed in forma pauperis within 30 days or face dismissal of this action. To date, Plaintiff has not paid the fees, submitted a request for leave to proceed in forma pauperis, or taken any other action in this matter.

IT IS THEREFORE ORDERED that: This matter is dismissed without prejudice because Plaintiff failed to prosecute it diligently and failed to comply with this court's orders. The court will enter judgment by a separate document.

Dated this 21st day of February, 2019.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge